**John L. McDONALD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7078.

United States Court of Appeals, Federal Circuit.

July 8, 2011.

Before PROST, Circuit Judge.

### ORDER

### ON MOTION

John L. McDonald moves without opposition to stay proceedings in this appeal pending the court's disposition of *Cullen v. DVA,* 2011–7005.

McDonald asserts that this case and *Cullen* involve the interpretation of 38 C.F.R. § 4.71a, involving when a claimant is entitled to more than one disability rating for a single disability within a particular diagnostic code.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. McDonald is directed to inform the court within 14 days of the disposition of *Cullen* how he believes this appeal should proceed. The Secretary may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Cullen.*